RYAN, Appellant, v. THIRD AVE. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 5, 1905.) Action by John J. A. Ryan against the Third Avenue Railroad Company. J. W. Brown, for appellant. B. H. Ames, for respondent. No opinion. Judgment affirmed, with costs.

RYER, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Action by Fannie C. Ryer, as administratrix, etc., against the Prudential Insurance Company of America. No opinion. Reargument ordered, and case set down for May 8, 1905.

ST. REGIS PAPER CO., Appellant, v. SANTA CLARA LUMBER CO. et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 9, 1905.) Action by the St. Regis Paper Company against the Santa Clara Lumber Company and others.

PER CURIAM. Judgment and order affirmed, with costs, on the opinion of Justice John M. Kellogg at Special Term (85 N. Y. Supp. 1034).

PARKER, P. J., and CHASE, J., dissent.

SALMON et al., Appellants, v. BRANDMEIER, Respondent. (Supreme Court, Appellate Division, Second Department. May 5, 1905.) Action by Hamilton H. Salmon and another against Philip Brandmeier. No opinion. Motion denied.

SALOMON v. SALOMON. (Supreme Court, Appellate Division, First Department. April 20, 1905.) Action by Estelle L. Salomon against Sidney H. Salomon. No opinion. Motion denied. See memorandum per curiam.

SAMMIS, Respondent, v. HART, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Charles T. Sammis against Charles A. Hart. No opinion. Judgment affirmed, with costs.

SAUL v. SWARTZ (three cases). (Supreme Court, Appellate Division, First Department. May 20, 1905.) Actions by Lester J. Saul against Henrietta Swartz, individually, etc. No opinion. Motion denied.

SAUL v. SWARTZ (three cases). (Supreme Court, Appellate Division, First Department. May 20, 1905.) Actions by Lester J. Saul against Henrietta Swartz, individually, etc. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

SCHEU, Appellant, v. UNION RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 20, 1905.) Action by Magdalene Scheu against the Union Railway Company. A. Ledwith, for appellant. No opinion. Order affirmed, with $10 costs and disbursements.

SCHIFTER, Respondent, v. ZIMMERMAN, Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by Koppel Schifter against Reuben Zimmerman. No opinion. Order affirmed, with $10 costs and disbursements.

SCHMIDT v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. April 14, 1905.) Action by Frederick A. Schmidt against the Metropolitan Street Railway Company. No opinion. Motion denied, on payment of $20 costs.

SCHMUCKLER, Appellant, v. CENTRAL CROSSTOWN RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 5, 1905.) Action by Samuel Schmuckler, by guardian, against the Central Crosstown Railway Company. H. Gottlieb, for appellant. B. H. Ames, for respondent. No opinion. Appeal from order dismissed. Judgment affirmed, with costs.

SCHNEERMACHER, Appellant, v. RUBSAM & HORMAN BREWING CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by Henry Schneermacher against the Rubsam & Horman Brewing Company. No opinion. Order affirmed, with $10 costs and disbursements.

SCHOLLE, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by William Scholle, individually, etc., against the Manhattan Railway Company and others. S. Babcock, for appellants. W. G. Peckham, for respondent. No opinion. Judgment affirmed, with costs.

SCHREYER v. SCHREYER et al. (Supreme Court, Appellate Division, First Department. May 12, 1905.) Action by John Schreyer against John F. Schreyer and others, impleaded, etc. No opinion. Motion granted. Question certified as stated in memorandum per curiam.

SCHUWALSKY, Appellant, v. CENTRAL R. CO. OF NEW JERSEY, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Louis Schuwalsky against the Central Railroad Company of New Jersey. No opinion. Judgment of the Municipal Court affirmed, with costs, on the authority of Zimmer v. N. Y. C. & H. R. R. Co., 137 N. Y. 460, 33 N. E. 642.

SEELAY et al. v. MACKENZIE. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Max Seelay and another against William H. Mackenzie. No opinion. Motion denied.

SHAUGHNESSY v. H. HERRMANN SAWMILL CO. (two cases). (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Actions by J. Noyes Shaughnessy against the H. Herrmann Sawmill Company and Hugo F. Huber. No opinion. Order affirmed, with $10 costs and disbursements.

SHPOREN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme